# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Brandee A. Matthews, an individual
    Plaintiff(s)

vs.

Independent School District No. 1 of Tulsa County, Oklahoma, dba Tulsa Public Schools,
    Defendant(s)

Case Number:

**ISSUED**

**08 CV 725 GKF FHM**

## SUMMONS IN A CIVIL ACTION

TO: (Name and address of Defendant)

Independent School District No. 1 of Tulsa County,
Oklahoma, dba Tulsa Public Schools
Ms. Peggy Young, Board Clerk
Tulsa Public School Board
P. O. Box 470208
Tulsa, OK 74147

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terry A. Hall
Armstrong & Lowe, P.C.
1401 S. Cheyenne
Tulsa, OK 74119

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Phil Lombardi, Clerk

DEC 9 2008

CLERK

(By) DEPUTY CLERK

DATE